UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH,<br><br>                    Plaintiff,<br><br>    v.<br><br>PERRY, A., et al,<br><br>                    Defendant._____/ | Case Number: CV07-03045 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky P. Smith
T-98778/ D-14
Martinez Detention Facility
901 Court St.
Martinez, CA 94553
w/enclosure

Contra Costa Jail's Trust Account Office
Martinez Detention Facility
901 Court St.
Martinez, CA 94552

Court's Financial Office

Dated: July 2, 2007

                                    Richard W. Wieking, Clerk
                                    By: Dawn Toland, Deputy Clerk