United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH,           No. C 07-3045 WHA (PR)

       Plaintiff,           **JUDGMENT**

  v.

PERRY, A., et al.,

       Defendants.
                              /

    The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: 7/23/07

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SMITH045.JUD.wpd