IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH, | No. C 07-3045 WHA (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR PERMISSION TO FILE A MOTION TO RECONSIDER** |
| v. | |
| PERRY, A., et al., | |
| Defendants. | |

This prisoner complaint was dismissed for failure to state a claim and judgment was entered. Plaintiff's subsequent motion to reconsider was denied. Plaintiff has now filed a "Motion for Permission to File a Motion for Reconsideration." Although it is true that in this district a litigant needs permission to file a motion to reconsider if a judgment has not yet been entered, the rule does not apply to motions filed after judgment. *See* Local Rule CIV 44. Plaintiff's motion (document number 12 on the docket) is **DENIED** as unnecessary.

**IT IS SO ORDERED.**

Dated: January   28   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SMITH045.REC2.wpd